IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Gregory Holt, ADC # 129616
a/k/a Abdul Maalik Muhammad

    *Plaintiff,*

v.

Joe Profiri, *et al.*,

    *Defendants.*

Case No. 4:22-cv-01132-KGB-JJV

**PLAINTIFF'S APPLICATION FOR A
TEMPORARY RESTRAINING ORDER OR,
<u>IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION</u>**

Plaintiff Gregory Holt a/k/a Abdul Maalik Muhammad, for his motion for temporary restraining order or, in the alternative, preliminary injunction states:

1. This is a motion for a temporary restraining order or, in the alternative, a preliminary injunction under Federal Rule of Civil Procedure 65.

2. Plaintiff seeks a temporary restraining order or, in the alternative, a preliminary injunction, requiring the Arkansas Department of Correction ("ADC") to cease its ongoing review of legal paperwork including documents protected by the attorney-client privilege and attorney work product doctrine ("Legal Materials") seized from Plaintiff's cell by the ADC on November 16, 2023.

3. The ADC's review has already breached and interfered with Plaintiff's attorney-client privilege through the seizure of the Legal Materials. If not enjoined, ADC will continue to breach and interfere with Plaintiff's privilege.

4. On November 17, 2023, Plaintiff's counsel communicated with ADC counsel in an attempt to stop ADC's review of Plaintiff's Legal Materials without resorting to emergency judicial intervention. Those discussions were not successful.

5. For these reasons and as set forth more fully in the accompanying brief and supporting declaration, Plaintiff respectfully requests that the Court grant this Motion for Temporary Restraining Order or, in the Alternative, a Preliminary Injunction:

   a. enjoining ADC from reviewing all Legal Materials seized from Mr. Holt on Thursday, November 16, 2023;

   b. requiring ADC to place all seized Legal Materials not yet returned to Mr. Holt in a locked multi-purpose room or another secure location not generally accessible to other inmates or ADC officers;

   c. requiring ADC to permit Mr. Holt access to these Legal Materials for review, organization, and sorting;

   d. permitting Mr. Holt to retain his own legal correspondence, work product, and files, including but not limited to research, pleadings, sample briefs, law review articles, and drafts;

   e. requiring the parties to submit a joint status report by no later than November 22, 2023, regarding a proposed schedule for further proceedings in this action, including proceedings related to Mr. Holt's claimed right to possess legal paperwork from other inmates; and

   f. scheduling a status conference to discuss further proceedings.

Respectfully submitted,

*Carolyn Homer*
LATHAM & WATKINS LLP

Abid R. Qureshi (*pro hac vice* forthcoming)
Carolyn M. Homer (admitted in E.D. Ark.)
555 Eleventh Street, N.W. Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: abid.qureshi@lw.com
Email: carolyn.homer@lw.com

AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
Brian Hauss (*pro hac vice* forthcoming)
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Email: bhauss@aclu.org

*Counsel for Plaintiff Gregory Holt*