IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **Gregory Holt,** ADC # 129616 a/k/a **Abdul Maalik Muhammad**, <br><br> *Plaintiff*, <br><br> v. <br><br> **Dexter Payne,** *et al.*, <br><br> Defendants. | **CASE NO. 4:22-CV-01132-KGB-JJV** |

**JOINT STIPULATION REQUESTING
EXTENSION OF DISCOVERY DEADLINES**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 6.2, Plaintiff Gregory Holt and Defendants Dexter Payne *et al.* hereby submit the following stipulated request for an order extending the case schedule to permit additional time for discovery:

WHEREAS, on March 10, 2025, the Court entered its order (ECF No. 133) adopting, in part, and declining to adopt, in part, Judge Volpe's August 30 report and recommendation, and ruled that Plaintiff may proceed with all five claims in his Second Amended Complaint (ECF No. 68);

WHEREAS, Defendants' answer to Plaintiff's second amended complaint is due by March 31, 2025 (ECF No. 137);

WHEREAS, on March 11, 2025, Judge Volpe issued a Scheduling Order (ECF No. 134) setting dispositive motions on the issue of exhaustion to be due by April 11, 2025; discovery due by May 16, 2025; and dispositive motions due by June 20, 2025;

WHEREAS, the Parties have conferred and agree that this case will require more than two months of discovery; and

1

WHEREAS, the Parties have agreed to participate in a settlement conference before Judge Volpe on May 8, 2025;

WHEREAS, the Parties believe that resolution through mediation before Judge Volpe is possible and that launching full-scale discovery in the month before the settlement conference would unnecessarily waste resources;

NOW THEREFORE, the Parties hereby stipulate and agree that, subject to the approval of the Court, the case schedule may be modified as follows:

| Event | Current Deadline | Parties' Requested Modified Deadline |
|---|---|---|
| Dispositive motions on the issue of exhaustion | April 11, 2025 | July 11, 2025 |
| Close of discovery | May 16, 2026 | August 15, 2025 |
| Dispositive motions | June 20, 2025 | September 19, 2025 |

Dated: March 27, 2025        By:  /s/ *Carolyn M. Homer*

CAROLYN HOMER (admitted in E.D. Ark.)
ADITYA V. KAMDAR (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L St., NW, Suite 900
Washington, D.C. 20037
Telephone:  (202) 887-1500
Facsimile:   (202) 637-2201
Email: cmhomer@mofo.com

JOHN C. WILLIAMS (Ark Bar No. 2013233)
ACLU of Arkansas
904 W. 2nd St.
Little Rock, AR 72201
Telephone:  (501) 374-2842
Email: john@acluarkansas.org

*Attorneys for Plaintiff*

By: /s/ *Carl F. "Trey" Cooper, III*

Carl F. "Trey" Cooper, III
Ark Bar No. 2007294
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3658
Fax: (501) 682-2591
Email: trey.cooper@arkansasag.gov

*Attorney for Defendants*

3